UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DARIAN MARIEN, on behalf of himself        15 CV 5531 (FB)(JO)
and all others similarly situated,

                              Plaintiffs,

    -against-

CVS ALBANY, LLC and CVS
CAREMARK CORPORATION,

                              Defendants.
-------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that this action is dismissed without prejudice and without any costs, fees, or disbursements assessed against any party. It is further stipulated and agreed that scanned and emailed signatures for the purpose of this stipulation only shall constitute originals.

Dated: Westbury, New York
         December 14, 2015

| | |
|---|---|
| Neil H. Greenberg & Associates, P.C. | Greenberg Traurig, LLP |
| By: _____ | By: _____ |
|       Justin M. Reilly, Esq. |       Eric B. Sigda, Esq. |
| Attorneys for the Plaintiff | Attorneys for the Defendants |
| 900 Merchants Concourse, Suite 314 | 200 Park Avenue |
| Westbury, New York 11590 | New York, NY 10166 |
| (516) 228-5100 | (212) 801-9386 |
| justin@nhglaw.com | sigdae@gtlaw.com |

SO ORDERED:

                                    _____
                                         U.S.D.J.